FILED
CHARLOTTE, NC

AUG 15 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23-cr-179-MOC |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g) |
| | ) | |
| MARTIQUOUS JAVON MCILWAIN | ) | |
| | ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

On or about August 1, 2022 through August 9, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### MARTIQUOUS JAVON MCILWAIN,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Taurus, Model G2S, 9mm caliber semi-automatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) One Taurus, Model G2S, 9mm caliber semi-automatic pistol, magazine, and ammunition seized on or about August 9, 2022.

A TRUE BILL

███████████████

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_/s/ (signed for)_
REGINA HINSON PACK
ASSISTANT UNITED STATES ATTORNEY