IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:23-CR-179-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MARTIQUOUS JAVON MCILWAIN | ) |
| | ) |
| _____ | ) |

**MOTION FOR EXTENSION OF TIME**

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, moves the Court for an additional 21 days in which to respond to the defendant's motion for compassionate release. In support of this motion, the United States shows the Court as follows:

1. Martiquous Javon McIlwain pleaded guilty to possessing a firearm as a convicted felon. This Court sentenced him to 77 months in prison.

2. McIlwain filed a motion for compassionate release on December 15, 2025. Doc. No. 48. On December 29, 2025, this Court ordered the United States to respond within 20 days. Doc. No. 50. The United States' response is currently due January 20, 2026.

3. The undersigned has recently been assigned to an appeal, *United States v. Johnnie Moses*, 25-4324 (4th Cir.), that has been scheduled for oral argument on March 25, 2026, but to which the United States has not yet responded. The current deadline for the United States' response is January 30, 2026, and the

Fourth Circuit has advised that it will not extend the deadline further. The appeal presents several complex Fourth Amendment issues, requiring a significant amount of counsel's time. The undersigned has also recently filed a response brief in *United States v. Darius Little*, 25-4376 (4th Cir.). In coming weeks, the undersigned faces deadlines in *United States v. Ryan Bridges*, 25-4430 (4th Cir.); *United States v. Antonio Byers*, 3:01-CR-02 (W.D.N.C.); *United States v. Dent Turner*, 3:19-CR-221 (W.D.N.C.); and *United States v. Jeriton Curry*, 3:16-CR-74 (W.D.N.C.). The response of the United States in this matter would, therefore, benefit from additional time.

4. This is the United States' first request for an extension of time.

WHEREFORE, for the foregoing reasons, the United States respectfully requests a 21-day extension of time, until February 10, 2026, within which to file its response.

RESPECTFULLY SUBMITTED, this 20th day of January, 2026.

    RUSS FERGUSON
    UNITED STATES ATTORNEY

    s/ Julia K. Wood
    Assistant United States Attorney
    North Carolina Bar No. 51754
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    Telephone: (704) 344-6222
    Fax: (704) 344-6229
    Email: julia.wood@usdoj.gov

# CERTIFICATION

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This 20th day of January, 2026.

s/Julia K. Wood<br>
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above motion upon the Petitioner by U.S. Mail at the following address:

Martiquous Javon McIlwain
28295-171
Lee U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 305
Jonesville, VA 24263

This 20th day of January, 2026.

                                              <u>s/ Julia K. Wood</u>
                                              Assistant United States Attorney