UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-179-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARTIQUOUS JAVON MCILWAIN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time to File Response/Reply. (Doc. No. 52). For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the time in which the Government may file a Response to Defendants' Motion for Sentence Reduction (Doc. No. 48) in this case is enlarged by 21-days to February 10, 2026.

Signed: January 23, 2026

Max O. Cogburn Jr
United States District Judge

1